UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| THOMAS L. LEE; PAULA LEE, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION 6:20-cv-00074 |
| U.S. BANK N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST X, | § § § § § § | |
| *Defendant*. | § § | |

## DEFENDANT'S NOTICE OF NO RESPONSE TO MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant U.S. Bank N.A., not in its individual capacity, but solely as Trustee of NRZ Pass-Through Trust X ("U.S. Bank") respectfully notifies the court as follows:

### INTRODUCTION AND FACTS

On December 29, 2020, U.S. Bank filed their Motion to Dismiss ("Motion"). Plaintiffs' response to the Motion was due January 19, 2021. *See* S.D. TEX. L. R. 7.3. As of the date of this notice, Plaintiffs have not submitted a response to the Motion.

As no response has been filed, the Court may consider the Motion as unopposed. *See* S.D. TEX. L. R. 7.4 ("Failure to respond to a motion will be taken as a representation of no opposition.").

## CONCLUSION

Accordingly, U.S. Bank request that the Court grant the unopposed Motion to Dismiss, and for all other and further relief to which they may be entitled.

    Respectfully Submitted,
**MCCARTHY & HOLTHUS, LLP**

*/s/ Brandon Hakari*
Brandon Hakari / TBN: 24107552
Cole Patton / TBN: 24037247
1255 West 15th Street, Suite 1060
Plano, TX  75075
Phone: 214.291.3800
Fax: 214.291.3801
bhakari@mccarthyholthus.com

**ATTORNEYS FOR DEFENDANT U.S. BANK N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST X**

## CERTIFICATE OF SERVICE

I hereby certify that I submitted the foregoing to the clerk of the United States District Court, Southern District of Texas using the electronic case filing system of the Court, and that I served all counsel of record listed below in accordance with Federal Rule of Civil Procedure 5(b)(2) on January 22, 2021.

| | |
|---|---|
| Thomas L. Lee<br>3801 Lone Tree Road A<br>Victoria, Texas 77901<br>**PLAINTIFF PRO SE**<br><br>*via CMRRR* | Paula Lee<br>3801 Lone Tree Road A<br>Victoria, Texas 77901<br>**PLAINTIFF PRO SE**<br><br>*via CMRRR* |

    */s/ Brandon Hakari*
    Brandon Hakari