UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **THOMAS L. LEE; PAULA LEE,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 6:20-CV-00074 |
| **U.S. BANK N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST X,** | § § § § § § | |
| *Defendant.* | § § | |

## ORDER

On this day, the Court considered the *Motion to Stay Pending Deadlines and Proceedings* filed by Defendant U.S. Bank N.A., not in its individual capacity, but solely as Trustee of NRZ Pass-Through Trust X. The Court has reviewed the motion, and any replies and responses, has determined that the motion has merit and hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that all deadlines and settings under the Scheduling Order issued by this Court (Doc. No. 22) are STAYED until further notice of this Court.

IT IS FURTHER ORDERED that should the Court deny the pending Motion to Dismiss (Doc. No. 32), a new scheduling order shall be issued.

DATED _____

> The Honorable Drew B. Tipton
> United States District Judge

Respectfully Submitted,
**MCCARTHY & HOLTHUS, LLP**

*/s/ Brandon Hakari*
Brandon Hakari / TBN: 24107552
1255 West 15th Street, Suite 1060
Plano, TX  75075
Phone: 214-291-3800
Fax: 214-291-3801
bhakari@mccarthyholthus.com

**ATTORNEYS FOR DEFENDANT**