

**FAY SERVICING**


P.O. Box 111209 Nashville, TN 37222
Return Service Only - Please do not send mail to this address

**Statement Date: June 10, 2022**


*Mobile App:* Now available in both the Apple and Google app stores. Download today!
Online: www.fayservicing.com


8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548


Payments
PO Box 88009
Chicago, IL 60680-1009

**RETURN SERVICE REQUESTED**

051533
THOMAS L LEE
3801 LONE TREE RD A
VICTORIA, TX 77901

New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!

| | |
|---|---|
| Loan Number: | 0000268873 |
| Payment Date: | 07/01/2022 |
| **Payment Amount:** | **$101,653.84** |

Property Address:
3801 LONE TREE RD A
VICTORIA, TX 77901

### Account Information

| | |
|---|---|
| Loan Due Date | 09/01/2011 |
| Outstanding Principal Balance[1] | $67,415.62 |
| Interest Rate | 6.250% |
| Prepayment Penalty | No |
| Escrow Balance | -$38,507.51 |
| Recoverable Corporate Advances | $43,794.02 |

[1] Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $200.49 |
| Interest | $252.68 |
| Escrow (Taxes and Insurance) | $299.11 |
| **Regular Monthly Payment** | **$752.28** |
| Overdue Payment(s) | $100,901.56 |
| Total Fees or Charges | $0.00 |
| Suspense (Unapplied Funds) | ($0.00) |
| **Total Payment Amount** | **$101,653.84** |

### Transaction Activity (05/11/22 - 06/10/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 05/20/22 | TAX REFUND | $0.00 | $0.00 | $343.94 | $0.00 | $0.00 | $0.00 | $343.9 |
| 05/20/22 | TAX REFUND | $0.00 | $0.00 | $784.45 | $0.00 | $0.00 | $0.00 | $784.4 |
| 05/27/22 | LITIGATION COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $0.00 | $400.0 |
| 06/09/22 | LITIGATION COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $300.0 |

### Bankruptcy Messages

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for the mortgage loan in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving statements, please write to us at 3000 Professional Drive, Suite A, Springfield, IL 62703. If you later want to resume receiving a mortgage statement, you must submit a written request to the same address. Please be aware that we must comply with any order entered by the court in your bankruptcy case that requires us to cease providing a mortgage statement.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### *** Account History ***

**Recent Account History**
* Payment Due 01/01/22 Unpaid Amount of $806.35.
* Payment Due 02/01/22 Unpaid Amount of $806.35.
* Payment Due 03/01/22 Unpaid Amount of $806.35.
* Payment Due 04/01/22 Unpaid Amount of $806.35.
* Payment Due 05/01/22 Unpaid Amount of $752.28.
* Payment Due 06/01/22 Unpaid Amount of $752.28.

Current Payment Date 07/01/22: $752.28.
Total: $101,653.84 unpaid amount that, if paid, would bring your loan current.

If you are experiencing financial difficulty: See back for information about mortgage counseling or assistance.

| Payments by Phone | Payments Online | Payments via Overnight or Express Mail, and/or for Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you

**TEXAS MORTGAGE BANKER DISCLOSURE**
CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE BANKER OR A LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN ORIGINATOR SHOULD COMPLETE AND SEND A COMPLAINT FORM TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. COMPLAINT FORMS AND INSTRUCTIONS MAY BE OBTAINED FROM THE DEPARTMENT'S WEBSITE AT WWW.SML.TEXAS.GOV. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.



# From the Desk of Thomas Lee
All Rights Reserved
Certified Return Receipt Mailing 7021 0950 0000 6773 1464
Return 9590 9402 6362 0296 8869 96

## NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT; NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS. WITH NOTICE and CLAIM OF FRAUD

Under the Federal Debt Collection Practices Act, *15 USC 1692g Sec 809 (b* . Pursuant to FEDERAL REGULATION E, I now exercise my legal right to challenge the validity of this debt I stand accused of, as well as, taking SOLE ownership/control of all accounts, Group Policies, account numbers, bonds, their contents and or EQUITIBLE EQUITY as it relates to The LEGAL FICTION, Thomas L. Lee AS IT PERTAINS FAY SERVICING LLC., et., al: AND ITS AGENTS.

From:   in c/o Thomas L. Lee
        3801 Lone Tree Road A
        Victoria, Texas  near [77901]
        Real land, united states of America

To.  FAY SERVICING LLC, (and its agents)
     1601 LBJ Freeway, Suite 150
     Farmers Branch, Texas 75234

RE: LOAN #00000268873, XXX-XX-5892

Loan Due Date: 09/01/2011

Date: May 10, 2022

RE: Status: *OPEN ACCOUNT*

Date Opened: T.B.A by FAY SERVICING LLC, (and its agents), as requested herein.

NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT;
NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING
THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS.
WITH NOTICE and CLAIM OF FRAUD

1

DUE: $100,901.56
FIANANCE CHARGE: UNKNOWN

High Balance: N/A.

Account History: UNKNOWN, UNVERRIFIED

To **FAY SERVICING LLC. (and its agents)** and or Whom it may concern and all involved PARTIES, staff etc.:

This letter is being sent to you in response an alleged claim of debt with the above No(s) as specified, and such recording was viewed by Thomas Lee. Be advised that this is **not a refusal to pay**, but a notice pursuant to the Fair Debt Collections Practices Act, 15 USC 1692g Sec 809 (b) that your claim is disputed and validation is requested. This is a lawful request in accords with the aforementioned and the following:

U.C.C.   Article 3 NEGOTIABLE INSTRUMENTS, DISHONOR
§ 3 501. PRESENTMENT.

(a) **"Presentment"** means a demand made by or on behalf of a person entitled to enforce an instrument (i) to pay the instrument made to the drawee or a party obliged to pay the instrument or, in the case of a note or accepted draft payable at a bank, to the bank, or (ii) to accept a draft made to the drawee.
(b) The following rules are subject to Article 4, agreement of the parties, and clearing-house rules and the like:
(1) Presentment may be made at the place of payment of the instrument and must be made at the place of payment if the instrument is payable at a bank in the United States; may be made by any commercially reasonable means, including an oral, written, or electronic communication; is effective when the demand for payment or acceptance is received by the person to whom presentment is made; and is effective if made to any one of two or more makers, acceptors, drawees, or other payors.
(2) Upon demand of the person to whom presentment is made, the person making presentment must (i) exhibit the instrument, (ii) give reasonable identification and, if presentment is made on behalf of another person, reasonable evidence of authority to do so, and (iii) sign a receipt on the instrument for any payment made or surrender the instrument if full payment is made.

(3) Without dishonoring the instrument, the party to whom presentment is made may (i) return the instrument for lack of a necessary endorsement, or (ii) refuse payment or

NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT;
NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING
THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS,
WITH NOTICE and CLAIM OF FRAUD

2

acceptance for failure of the presentment to comply with the terms of the instrument, an agreement of the parties, or other applicable law or rule.
(4) The party to whom presentment is made may treat presentment as occurring on the next business day after the day of presentment if the party to whom presentment is made has established a cut-off hour not earlier than 2 p.m. for the receipt and processing of instruments presented for payment or acceptance and presentment is made after the cut-off hour.

By refusing to supply, you will be violating the law and my rights under UCC. VALIDATION must be made pursuant to the above named Title and Section(s) (as well as both Federal and Local laws). I respectfully request that your offices provide me with competent evidence that I have any legal obligation to continue to pay you.

Please provide me with the following:

* What the monies DO you claim Thomas Lee, OWES and its COLLATERAL, as well as invoice and accounting for all.

* Explain and show how you **calculated** what you say Thomas Lee owes;

* Provide us with the **original** signed instrument that shows Thomas Lee, **agreed to pay** all of what you say is owed;

* Identify the original creditor's Legal name and process server information (required under UCC); and the original signed contractual instrument initiating this debt.

* Prove the Statute of Limitations has not expired on this account.

* Prove you are licensed to collect in the **State of Texas**

- Provide verification along with your license numbers and Registered-Agent(s), and or bond numbers.

- Provide accounting balances positive or negative for all accounts attached to the legal Fiction, **THOMAS L LEE AS IT PERTAINS TO LOAN #00000268873, XXX-XX-5892, FAY SERVICING LLC. (and its agents)**, and pursuant to FEDERAL REGULATION E.

NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT;
NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING
THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS,
WITH NOTICE and CLAIM OF FRAUD

3

- ALL accounting, sources of, transactions concerning the following files, accounts, and or Group Policies identified and or linked to the above stated legal fiction. They being in part: LOAN #00000268873, *for* THOMAS L LEE pursuant to FEDERAL REGULATION E.

- Proof or a CONTRACT permitting, the non-disclosure of any FRN's, FRN income, or Acquisition or Abandonment of Secured Property as it pertains to: form 1099a, THE I.R.S., THOMAS L LEE AS IT PERTAINS TO LOAN #00000268873, XXX-XX-5892, FAY SERVICING LLC. (and its agents)

- Proof or ORIGINAL ORIENTATION of FUNDS concerning the all LOANS, and or SERVICES provided to the Legal Fiction, THOMAS L LEE AS IT PERTAINS TO LOAN #00000268873, XXX-XX-5892, FAY SERVICING LLC. (and its agents).

- REQUEST FOR ACCOUNTING for ALL FRN's, CHATTLE PAPER, their income/ interest and ALL activity concerning: Acquisition or Abandonment of Secured Property as it pertains to: form 1099a, the I.R.S., THOMAS L LEE as it pertains to LOAN #00000268873, XXX-XX-5892, FAY SERVICING LLC. (and its agents).

- PROOF or CONTRACT permitting the creation and access of FAY SERVICING LLC. (and its agents) to ANY BONDS, TRUSTS pertaining to THOMAS L LEE as it pertains to LOAN #00000268873, XXX-XX-5892

Pursuant to MY common law rights, and *PUBLIC LAW 106-229-JUNE 20, 2000*, I AM removing any <u>consent</u> given for the, past, present and future use of MY electronic signature, or any other consent given or sold to FAY SERVICING LLC. (and its agents) for use.

At this time it is necessary to inform you that if your offices have reported invalidated, or information to any of the three (3) major credit Bureau's (Equifax, Experian, or Trans Union), that action would constitute fraud under Federal, UCC and State laws. Due to this fact, if any negative mark is found on any of THOMAS L LEE's credit

reports by your company, firm and or Secured Party Creditor, AND or the company that you represent, THOMAS LEE will not hesitate to aggressively seek compensation, and financial relief for the following breaches:

## CONSUMER BANK FRAUD, IDENTINITY THEIFT, VIOLATION of the FAIR CREDIT REPORTING ACT.

## VIOLATION of the FAIR DEBT COLLECTION PRACTICES ACT

If your offices are able to provide the proper documentation (originals and not unverified reproductions) as requested in the following Declaration, we will require at least 30 days reviewing the validity of this information and during such time all **agreements, accounts, and their assets or equities, are to be suspended or frozen**.

Also during this validation period, if any action is taken which could be considered detrimental to any of **THOMAS L LEE as it pertains to LOAN #00000268873, XXX-XX-5892** credit reports, I will institute UCC/ Common Law suit proceedings. This includes and is not limited to, reporting any information that could, now or later to be determined inaccurate or invalided, or verifying the account(s) as accurate when in fact there is no proof that it is.

I would like to also give NOTICE in writing, that no telephone contact be made by your offices to **THOMAS L LEE as it pertains to LOAN #00000268873, XXX-XX-5892**, or his places of employment. If your offices attempt telephone communication with Thomas Lee including but not limited to, computer generated calls and or calls correspondence sent to or any third parties, it would be considered harassment and we will retaliate with in the limits and jurisdiction of UCC procedure.

Thomas Lee believes that the relationship with **FAY SERVICING LLC. (and its agents)**, lacks disclosure (in part), and permission for the use of the legal FICTION **THOMAS L LEE**, (also in part) and seeks to be **compensated in full**. WE have sent a written inquiry to the I.R.S., specifically the FRAUD DEPARTMENT for all transactions concerning Acquisition or Abandonment of Secured Property as it pertains to: form 1099b, any trusts and or policies **THOMAS L LEE's** and **FAY SERVICING LLC. (and its agents)**.

"*Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit.*" [Group v Finletter, 108 F. Supp. 327 Federal case of Group v Finletter, 108 F. Supp. 327]

NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT;
NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING
THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS.
WITH NOTICE and CLAIM OF FRAUD

5

**CONSENT IN PLACE OF NON RESPONSE**

Pursuant to the above and perfected supreme court cases cited herein, **FAY SERVICING LLC. (and its agents)** give its tacit consent to Affiants, in the event of **any non response or rebuttal** after a period of over 30 days of the following actions with its unconditional consent as follows:

POWER OF ATTORNEY is hereby granted/given to the **Thomas Lee**, after 30 days for the removal of this claim of debt if recorded with any of the major credit reporting agencies, court house(s), and or Recorder of Deeds/LAND RECORD of VICTORIA, TEXAS.

It is hereby given with the assumption that **FAY SERVICING LLC. (and its agents)** can properly verify the claim of debt attached with **LOAN #00000268873, XXX-XX-5892**. AFTER 30 days **FAY SERVICING LLC. (and its agents)** choose not to properly validate this debt as requested herein, it is hereby agreed that this claim of debt is hereby satisfied if full. If **FAY SERVICING LLC. (and its agents)** choose to dishonor, or renege, consent is hereby given for **Thomas Lee** to be awarded damages, with **your consent and acceptance** of no more than that of $5,000.00 per call, communication, or tort resulting.

Truth is sovereign; and an un rebutted affidavit stands as TRUTH, and can not be set aside or overruled by the statutes of any government, courts, judges or law enforcement agencies, which are under an inherent obligation to uphold said commercial law.

FURTHER AND RESPECTFULLY THE AFFIANT SAYETH NOT

By: *Thomas L. Lee* (signature)

Thomas L. Lee, in Propria Persona, Sui Juris, with Signature
In c/o: 3801 Lone Tree Road A
Victoria, Texas [77901]

NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT;
NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING
THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS.
WITH NOTICE and CLAIM OF FRAUD

6

State of Texas           §
County of Victoria       §

SWORN TO Affirmed and subscribed on and IN WITNESS WHEREOF this ___ day of May, 2022. By Thomas L. Lee.

By:
Texas Public Notary



ANGELA AMAYA
Notary Public, State of Texas
Comm. Expires 10-27-2023
Notary ID 130420196

CC: ATTORNEY GENERAL OF TEXAS

NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT;
NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING
THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS.
WITH NOTICE and CLAIM OF FRAUD

7

*From the Desk of Thomas Lee*

All Rights Reserved

### NOTICE NON-REBUTTAL, and ACCEPTANCE BY THE PARTIES
### SWORN AFFIDAVIT

See" Cox v. Stern, 170 Ill. 442, 48 N.E. 906, 62 Am. St.Rep. 385; Hays v. Loomis, 84 Ill.

From: in c o Thomas L. Lee
3801 Lone Tree Road A
Victoria, Texas near [77901]
Real land, united states of America

To: FAY SERVICING LLC, (and its agents)
1601 LBJ Freeway, Suite 150
Farmers Branch, Texas 75234

RE: LOAN #000000268873, XXX-XX-5892 Loan Due Date: 09/01/2011

Date. June 30, 2022
RE: Status: *CLOSED: PAID AS AGREED*

Date Opened: unverified as requested by FAY SERVICING LLC, (and its agents), as requested On or after May 10, 2022

CURRENT STATUS OF ACCOUNT as of June 28, 2022

DUE: $00.00
FIANANCE CHARGE: $0.00

High Balance: N A. Recient payments: N A

To FAY SERVICING LLC, (and its agents) and or Whom it may concern and all involved Trustees, staff ect:

This notice is a lawful notice to you in response an alleged claim of debt with the above Not(s) as specified, and such recording was viewed by Thomas L Lee. Be advised that this is again a LAWFUL NOTICE pursuant to the Fair Debt Collections Practices Act, *15 USC 1692g Sec 809 (b)* that your claim was disputed and validation WAS properly accepted/ requested in writing This request in accords

NOTICE NON-REBUTTAL, and
ACCEPTANCE BY THE PARTIES
SWORN AFFIDAVIT

1

with the aforementioned and has NOT been validated within the requirements held in the Fair Debt Collections Practices Act, *15 USC 1692*.

### NOTICE of TACIT PROCURATION/ NON-Rebuttal

As per your acceptance of the *NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT; NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS, WITH NOTICE and CLAIM OF FRAUD*, a sworn request for the performance of the Servicer, postmarked after May 10, 2022, you have failed to rebut or supply the specific, original and or untraded wet inked security agreement formerly assumed to be held by *FAY SERVICING LLC et., al., its AGENTS (including all trustees)*. NOTICE OF FRAUD is hereby given to *FAY SERVICING LLC et., al., its AGENTS*, you have satisfied all claim(s) because you have not performed as required upon your acceptance of my *NOTICE: THIS IS A CONTINUED ATTEMPT TO VALIDATE A DEBT; NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING THE LEGAL FICTION, THOMAS L. LEE AS IT PERTAINS TO FAY SERVICING LLC et., al., its AGENTS; NOTICE CLAIM OF FRAUD*.

**ACCEPTANCE via MAILBOX: CMRR Prepaid and Certified mailing to all above party:** 7021 0950 0001 6773 1464, 1 s.

As of June 28, 2022, NOTICE is given to all parties stated therein and herein that without your lawful compliance, your claim of debt is hereby satisfied by your performance, and acceptance, your consent is also equitably accepted, and all parties stated herein and therein are in agreement. Due to the Failure to re but, and supply the affiant's affidavit by ALL the parties above as stated, give their collective consent to the Affiant to seek compensation as allowed by his perfected public filing, and past accepted NOTICE to the parties stated above, via their personal and corporate bonds in 30 days from the date of acceptance.

NOTICE OF ACCEPTANCE OF YOUR CONSENT: In no less than 10 calendar days by your consent, LIMITED POWER OF ATTORNEY IS HEREBY GIVEN TO Thomas L. Lee to perform the following actions for and by *FAY SERVICING LLC et., al., its AGENTS (including all trustees) as follows*.

*Pursuant to the above and perfected supreme court cases cited herein, FAY SERVICING LLC, (and its agents) gives its tacit consent to Affiants, in the event of any non-response or rebuttal after a period of over 30 days of the following actions with its unconditional consent as follows:*

NOTICE NON-REBUTTAL, and  
ACCEPTANCE BY THE PARTIES  
SWORN AFFIDAVIT

2

POWER OF ATTORNEY is hereby granted/given to the **Thomas L Lee**, after 30 days for the removal of this claim of debt if recorded with any of the major credit reporting agencies, court house(s), and or Recorder of Deeds/LAND RECORD of VICTORIA, TEXAS.

It is hereby given with the assumption that F A Y SERVICING LLC, (and its agents) can properly verify the claim of debt attached with LOAN #00000268873, XXX-XX-5892. AFTER 30 days FAY SERVICING LLC, (and its agents) choose not to properly validate this debt as requested herein, it is hereby agreed that this claim of debt is hereby satisfied if full. If FAY SERVICING LLC, (and its agents) choose to dishonor, or renege, consent is hereby given for **Thomas Lee** to be awarded damages, with your consent and acceptance of no more than that of $5,000.00 per call, communication, or tort resulting.

**SEE EXHIBIT A** (Property Description)

The Affiant, Thomas L. Lee swears that all statements and facts stated herein are the uncontested truths and now documented as SWORN TRUTH. The Affiant is over the age of 21, and under-stand or stand-under their **NOTICE NON-REBUTTAL, and ACCEPTANCE BY THE PARTIES**, as this **SWORN RECORD** hereby establishes as a matter of LAW.

Truth is sovereign: and an un rebutted affidavit stands as TRUTH, and can not be set aside or overruled by the statutes of any government, courts, judges or law enforcement agencies, which are under an inherent obligation to uphold said commercial law.

**FURTHER AFFIANT SAYETH NOT**

By: *Thomas L Lee*
Thomas L. Lee, in Propria Persona, Sui Juris, with
Signature In c o: 3801 Lone Tree Road A
Victoria, Texas [77901]

NOTICE NON-REBUTTAL, and
ACCEPTANCE BY THE PARTIES
**SWORN AFFIDAVIT**

3

State of Texas §

County of Victoria §

SWORN TO Affirmed and subscribed on and **IN WITNESS WHEREOF** this ___ day of May, 2022. By Thomas L. Lee.

By: _____
Texas Public Notary

> ANGELA AMAYA
> Notary Public, State of Texas
> Comm. Expires 10-27-2023
> Notary ID 130420196

CC: ATTORNEY GENERAL OF TEXAS

**NOTICE NON-REBUTTAL, and
ACCEPTANCE BY THE PARTIES
SWORN AFFIDAVIT**

4