United States District Court
Southern District of Texas
**ENTERED**
February 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| THOMAS L. LEE, PAULA L. LEE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-CV-00074 |
| | § | |
| U.S. BANK N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the October 11, 2022 Memorandum and Recommendation ("M&R") of Magistrate Judge Jason B. Libby. (Dkt. No. 56). In the M&R, Magistrate Judge Libby recommends that the Court (1) grant U.S. Bank's Motion to Dismiss, (Dkt. No. 53), which seeks to dismiss *pro se* Plaintiffs Thomas E. Lee and Paula Lee's Second Amended Complaint, (Dkt. Nos. 52), and (2) grant U.S. Bank's Motion to Strike, (Dkt. No. 55), which seeks to strike Plaintiffs' filing entitled, "Judicial Notice of Adjudicative Facts Per Rule 201," (Dkt. No. 54). (Dkt. No. 56 at 1).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No objections were filed. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order. The Court **GRANTS** U.S. Bank's Motions and **DISMISSES** this case. The Court clerk is instructed to **CLOSE** this case.

It is SO ORDERED.

Signed on February 6, 2023.

                                                _____
                                                        **DREW B. TIPTON**
                                         **UNITED STATES DISTRICT JUDGE**